WARNER, Respondent, v. ENGLISH WOOLEN MILLS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by Abram L. Warner against the English Woolen Mills Company. No opinion. Judgment and order affirmed, with costs.

---

WARREN, Appellant, v. SWAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 30, 1910.) Action by George Warren against James E. Swan. No opinion. Appeal dismissed, with $20 costs, upon stipulation filed.

---

WARREN, Appellant, v. WARREN et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 19, 1911.) Action by Joshua J. Warren against William Warren and others.

PER CURIAM. Motion granted, and questions certified as follows: (1) In a partition suit, where several different attorneys appear for several different defendants, and file answers creating issues, can the trial court, in the exercise of its discretion under section 3253 of the Code of Civil Procedure, grant an extra allowance of 5 per cent. to the plaintiff, and any further sum, not exceeding 5 per cent., to the attorneys for the defendants? (2) The trial court having exercised its discretion, and having granted 5 per cent. extra allowance to a plaintiff and 5 per cent. to each of four different sets of defendants appearing by separate attorneys, can such court, on motion, after the entry of judgment, at the instance of a defendant who has defaulted, without showing excuse for his default, amend the judgment by striking out all extra allowances so granted? See, also, 124 N. Y. Supp. 1133.

---

WATSON, Appellant, v. SYRACUSE RAPID TRANSIT RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1910.) Action by Alexander Watson against the Syracuse Rapid Transit Railway Company. No opinion. Passed twice and dismissed, under rule 39.

---

WEBSTER v. ABBOTT et al. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by George B. Webster against Clark H. Abbott and others. No opinion. Motion granted. Order filed. See, also, 117 N. Y. Supp. 949, and infra.

---

WEBSTER v. ABBOTT et al. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by George B. Webster against Clark H. Abbott and others. No opinion. Application granted. Order signed. See, also, supra.

---

WEEKS v. DOMINY et al. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Herber A. Weeks against Henry Dominy and others. No opinion. Order affirmed, without costs.

---

WHEELER, Respondent, v. CARR, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Charles A. Wheeler, as administrator, etc., against Cuyler E. Carr, as executor, etc.

PER CURIAM. Judgment affirmed, with costs. See, also, 137 App. Div. 929, 123 N. Y. Supp. 1149.

SPRING, J., dissents.

---

WHEELER v. WHEELER. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Appeal from Special Term, New York County. Action by Claudia T. Wheeler against Albert G. Wheeler, Jr. From an order granting a motion for alimony and counsel fee, defendant appeals. Modified and affirmed. Edward J. Patterson, for appellant. David Welch, for respondent.

PER CURIAM. Without passing upon the question what should be granted as permanent alimony, we think the amount allowed as temporary alimony is excessive, and that it should be reduced to $6,000 a year, and that the counsel fee should be reduced to $750. The order, as so modified, is affirmed, without costs.

---

WHITE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by Louis White against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs. See Conrad v. N. Y. C. & H. R. R. Co., 137 App. Div. 372, 121 N. Y. Supp. 774.

---

WILLIAMS, Respondent, v. SWEET, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. November 30, 1910.) Action by Edwin H. Williams, as executor, etc., against Herman L. Sweet, impleaded with others.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., and ROBSON, J., dissent, upon the ground that the evidence establishes as matter of law that the note was usurious in its inception.

---

WINGERSKY v. UNITED STATES GRAND LODGE INDEPENDENT ORDER FREE SONS OF ISRAEL. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Hattie Wingersky against the United States Grand Lodge Independent Order Free Sons of Israel. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 126 N. Y. Supp. 74.

---

WOOD et al., Respondents, v. HARVEY, Sheriff, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Rawson L. Wood and others against Herbert S. Harvey, as Sheriff, etc. J. J. Trapp, for appellant. C. S. Mackenzie, for respondents.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to